COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Joseph W. Peine v. Elite Airfreight, Inc., and Advanced Logistics
Services, Inc.

Appellate case number:    01-14-00860-CV

Trial court case number:    2008-61097

Trial court:    189th District Court of Harris County

Appellee, Elite Airfreight, Inc., has filed an agreed motion to seal the brief of appellant, Joseph W. Peine. In the underlying case, the trial court signed an order sealing court records, including "the transcript of the bill of exception made by Plaintiff" and "the exhibits to that bill of exception . . . ." *See* TEX. R. CIV. P. 76a. Appellee requests that we seal the appellant's brief, which contains references to portions of the record that the trial court ordered sealed. The motion includes a certificate of conference stating that the parties agree to the requested relief.

We **grant** appellee's motion and direct the Clerk of this Court to seal the Brief for Appellant, filed on April 22, 2015. *See R.V.K. v. L.L.K.*, 103 S.W.3d 612, 614 (Tex. App.—San Antonio 2003, no pet.) (noting appellate court ordered clerk to seal parties' briefs that were replete with references to and copies of portions of record ordered sealed by trial court); *cf. Navasota Resources, L.P. v. First Source Tex., Inc.*, 206 S.W.3d 791, 794 (Tex. App.—Waco 2006, no pet.) (Gray, C.J. dissenting) (citing *Tindall v. Nationsbank of Tex., N.A.*, No. 05-97-01843-CV, 1998 WL 324731, at *1 (Tex. App.—Dallas June 22, 1998, no pet.) (not designated for publication)) (stating appellate court may seal record on agreed motion when trial court has ordered records sealed but dissenting from order sealing brief when record did not indicate that trial court sealed records under rule 76a).

It is so ORDERED.


Judge's signature: _/s/ Russell Lloyd
                        ☑ Acting individually    ☐ Acting for the Court


Date: June 9, 2015